SCOTTSDALE INSURANCE COMPANY, )
an Ohio Corporation,          ) Case Number: CV 12-1780 MMC
                              )
        Plaintiff(s),         ) ORDER FOR ADMISSION
                              ) PRO HAC VICE OF
    vs.                       ) ALEXIS J. ROGOSKI
                              )
COAPT SYSTEMS, INC. a Delaware )
Corporation; ROBERT ELSON, DAVID )
APFELBERG, LAUREEN DUBUONO,   )
THOMAS KANAR, DAN GRUBMAN,    )
DAVID BARELLA, BADER BELLAHSENE,)
CHARLOTTE COPELAND, LINDA     )
RUEDY, DAVID GOLDBERG,        )
MADFELINE LYELL, all Individuals )

        Defendant(s).

RECEIVED 2012 JUL 24

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

The Court has considered the Application for Admission *Pro Hac Vice* of Alexis J. Rogoski and it is hereby ordered that Alexis J. Rogoski's Application is [granted] [denied].

Dated: July 27, 2012

Hon. Maxine M. Chesney

4841-0672-6672

Application for Admission Pro Hac Vice of Alexis J. Rogoski
Case No. CV 12 1780-MMC