RECEIVED
2012 JUL 24 A 10:20

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>COAPT SYSTEMS, INC. a Delaware Corporation; ROBERT ELSON, DAVID APFELBERG, LAUREEN DUBUONO, THOMAS KANAR, DAN GRUBMAN, DAVID BARELLA, BADER BELLAHSENE, CHARLOTTE COPELAND, LINDA RUEDY, DAVID GOLDBERG, MADFELINE LYELL, all Individuals<br><br>Defendant(s). | Case Number: CV 12-1780 MMC<br><br>ORDER FOR ADMISSION PRO HAC VICE OF ALEXIS J. ROGOSKI |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

The Court has considered the Application for Admission *Pro Hac Vice* of Alexis J. Rogoski and it is hereby ordered that Alexis J. Rogoski's Application is [granted] [denied].

Dated: July 27, 2012

Hon. Maxine M. Chesney

4841-0672-6672

Application for Admission Pro Hac Vice of Alexis J. Rogoski
Case No. CV 12 1780-MMC