**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
JOSEPH J. DE HOPE, JR., ESQ.
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone:    (415) 926-7600
Facsimile:    (415) 926-7601

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>COAPT SYSTEMS, INC. a Delaware Corporation; ROBERT ELSON, DAVID APFELBERG, LAUREEN DUBUONO, THOMAS KANAR, DAN GRUBMAN, DAVID BARELLA, BADER BELLAHSENE, CHARLOTTE COPELAND, LINDA RUEDY, DAVID GOLDBERG, MADELINE LYELL, all Individuals<br><br>        Defendant(s). | Case Number: CV 12 1780<br><br><br><br><br><br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

By and through their attorneys, plaintiff Scottsdale Insurance Company ("Scottsdale") on the one hand and defendants Robert Elson, David Apfelberg, Laureen DeBuono, Thomas Kanar, Dan Grubman, David Barella, Bader Bellashene, Charlotte Copeland, Linda Ruedy, David

/////

/////

/////

STIPULATION AND [PROPOSED] ORDER

1

Goldberg and Madeline Lyell (collectively, "the Individual Defendants") hereby agree and stipulate as follows:

A Case Management Conference is presently scheduled for January 11, 2013;

That there have been developments in the underlying case that are likely to affect the parties ability to resolve this coverage action but due to disruptions to offices of Scottsdale Insurance Company and its counsel in New York due to Hurricane Sandy, those developments have not yet been fully explored and considered;

That a continuance of the Case Management Conference for a period of thirty days, or to a date convenient to the Court, would be advantageous to resolution and would not be likely to result in further delay.

IT IS SO STIPULATED.

DATED: January 4, 2014     KAUFMAN DOLOWICH VOLUCK & GONZO LLP

_____
Joseph J. De Hope, Jr.
Attorneys for Plaintiff Scottsdale Insurance Company

DATED: January 4, 2013     THE HUGENER LAW GROUP

_____
Janice Rourke Hugener
Attorneys for Individual Defendants Robert Elson, David Apfelberg, Laureen DeBuono, Thomas Kanar, Dan Grubman, David Barella, Bader Bellashene, Charlotte Copeland, Linda Ruedy, David Goldberg and Madeline Lyell

STIPULATION AND [PROPOSED] ORDER

1
2
3  ORDER
4
5  Pursuant to the Stipulation of Counsel, and for good cause shown, the Case Management
6  Conference presently set for January 11, 2013 at 10:30 A.M. is hereby ORDERED continued to
7  February 15, 2013. A Joint Case Management Statement shall be filed by February 8, 2013.
8  DATED: January 4, 2013
9  HONORABLE MAXINE M. CHESNEY
10  UNITED STATES DISTRICT COURT JUDGE
11
12
13  4813-0414-8754, v. 1
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER

3