**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
JOSEPH J. DE HOPE, JR., ESQ.
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:  (415) 926-7600
Facsimile:  (415) 926-7601

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>COAPT SYSTEMS, INC. a Delaware Corporation; ROBERT ELSON, DAVID APFELBERG, LAUREEN DUBUONO, THOMAS KANAR, DAN GRUBMAN, DAVID BARELLA, BADER BELLAHSENE, CHARLOTTE COPELAND, LINDA RUEDY, DAVID GOLDBERG, MADELINE LYELL, all Individuals<br><br>Defendant(s). | Case Number: CV 12 1780<br><br><br><br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

By and through their attorneys, plaintiff Scottsdale Insurance Company ("Scottsdale") on the one hand and defendants Robert Elson, David Apfelberg, Laureen DeBuono, Thomas Kanar, Dan Grubman, David Barella, Bader Bellashene, Charlotte Copeland, Linda Ruedy, David Goldberg and Madeline Lyell (collectively, "the Individual Defendants") hereby agree and stipulate as follows:

A Case Management Conference is presently scheduled for February 15, 2013;

As we previously advised the Court, there were developments in the underlying case that have affected this action. Specifically, another insurance coverage action has been pending.

STIPULATION AND [PROPOSED] ORDER

1

CNA filed a declaratory relief action relating to a general liability policy. The underlying plaintiffs, CNA and the individual Defendants herein have entered into a settlement consisting of claims releases and waivers of insurance claims. We anticipate that the agreements will be signed by all parties and that the CNA coverage action will be dismissed on or about February 20, 2013.

The next step in the resolution process is to reach agreement on a similar claims release and waiver of insurance coverage as to the Scottsdale policy. The parties hereto are working toward that end together and with counsel for the underlying plaintiffs. Hopefully, we will be able to avoid naming all the underlying plaintiffs in this suit – a condition for making the award binding upon them.

With that goal of completing the settlement, and minimizing the costs to the parties relating to this litigation, the parties suggest a continuance of the Case Management Conference for a period of ninety days, or to a date convenient to the Court, would be advantageous to resolution.

IT IS SO STIPULATED.

DATED: February 7, 2013           KAUFMAN DOLOWICH VOLUCK & GONZO LLP

_____
Joseph J. De Hope, Jr.
Attorneys for Plaintiff Scottsdale Insurance Company

DATED: February 7, 2013           THE HUGENER LAW GROUP

_____
Janice Rourke Hugener
Attorneys for Individual Defendants Robert Elson, David Apfelberg, Laureen DeBuono, Thomas Kanar, Dan Grubman, David Barella, Bader Bellashene, Charlotte Copeland, Linda Ruedy, David Goldberg and Madeline Lyell

STIPULATION AND [PROPOSED] ORDER

ORDER

Pursuant to the Stipulation of Counsel, and for good cause shown, the Case Management Conference presently set for February 15, 2013 at 10:30 A.M. is hereby ORDERED continued to

May 10, 2013 .

DATED: February 8, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

4850-8782-6194, v. 1

STIPULATION AND [PROPOSED] ORDER

3