James W. Morando (State Bar No. 087896)
JMorando@fbm.com
John D. Green (State Bar No. 121498)
JGreen@fbm.com
Eric C. Tausend (State Bar No. 273024)
ETausend@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
Tom Kanar, Linda Ruedy, Laureen DeBuono, David
Apfelberg, David Goldberg, David Barella,
Madeline Lyell, Bader Bellahsene, Dan Grubman,
Charlotte Copeland, Robert Elson, Lowell Sears,
John Kraczkowsky.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>COAPT SYSTEMS, INC. a Delaware Corporation; ROBERT ELSON, DAVID APFELBERG, LAUREEN DUBUONO, THOMAS KANAR, DAN GRUBMAN, DAVID BARELLA, BADER BELLAHSENE, CHARLOTTE COPELAND, LINDA RUEDY, DAVID GOLDBERG, MADELINELYELL, all Individuals,<br><br>Defendant(s). | Case No.  CV 12 1780<br><br>Assigned to: Hon. Maxine M. Chesney<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

//

//

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER

Case No.  CV 12 1780
28686\3558903.1

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Tom Kanar, Linda Ruedy, Laureen Debuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, John Kraczkowsky, hereby substitute the law firm of Farella Braun + Martel LLP as their counsel in the above-captioned proceeding, in the place and stead of the law firm The Hugener Law Group, 101 California Street, Suite 2450, San Francisco, CA 94111. All further pleadings, correspondence and communications should henceforth be directed to Farella Braun + Martel LLP, Attention: John D. Green, 235 Montgomery Street, 18th Floor, San Francisco, California 94104.

The Hugener Law Group PC acknowledges and agrees to this substitution.

Dated: February 28, 2013

The Hugener Law Group PC

By: ____/s/ Janice R. Hugener_____
      Janice Rourke Hugener

Farella Braun + Martel LLP accepts this substitution

Dated: February 28, 2013

Respectfully submitted,

Farella Braun + Martel LLP

By: ___/s/ John D. Green_____
      John D. Green

Attorneys for Defendants
Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, John Kraczkowsky.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER — - 2 -   Case No. CV 12 1780
28686\3558903.1

1  **IT IS SO ORDERED**.  Specifically, Farella Braun + Martel LLP is hereby substituted in place
2  of The Hugener Law Group as counsel for defendants.

3  Dated: ~~February ___, 2013~~
4  	March 12, 2013

5  _____
   Hon. Maxine M. Chesney
6  UNITED STATES DISTRICT COURT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER — - 3 -

Case No.  CV 12 1780
28686\3558903.1