**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
JOSEPH J. DE HOPE, JR., ESQ.
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>COAPT SYSTEMS, INC. a Delaware Corporation; ROBERT ELSON, DAVID APFELBERG, LAUREEN DUBUONO, THOMAS KANAR, DAN GRUBMAN, DAVID BARELLA, BADER BELLAHSENE, CHARLOTTE COPELAND, LINDA RUEDY, DAVID GOLDBERG, MADELINE LYELL, all Individuals<br><br>Defendant(s). | Case Number: CV 12 1780<br><br>STIPULATION AND [PROPOSED] ORDER 1) EXTENDING TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT and REPLY THERETO; 2) CONTINUING HEARING OF DEFENDANTS' and COUNTERCLAIMANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT; and 3) ADDING PARTIES AS DEFENDANTS AND AGREEMENT REGARDING EXISTING PLEADINGS; **CONTINUING HEARING TO MAY 24, 2013** |

By and through their attorneys, Plaintiff Scottsdale Insurance Company ("Scottsdale"), Defendants Robert Elson, David Apfelberg, Laureen DeBuono, Thomas Kanar, Dan Grubman, David Barella, Bader Bellashene, Charlotte Copeland, Linda Ruedy, David Goldberg and Madeline Lyell (collectively, "the Individual Defendants") and Counterclaimants Robert Elson, David Apfelberg, Laureen DeBuono, Thomas Kanar, Dan Grubman, David Barella, Bader Bellashene, Charlotte Copeland, Linda Ruedy, David Goldberg, Madeline Lyell, Lowell Sears and John Kraczkowsky hereby agree and stipulate as follows:

The Individual Defendants and Counterclaimants filed a Motion for Partial Summary Judgment on April 5, 2013, which said motion was set for hearing on May 10, 2013;

That Plaintiff's Opposition to the Motion for Partial Summary Judgment would otherwise be due on April 19, 2013 in accordance with Local Rule 7-3 (a);

That the Reply brief of moving parties would otherwise be due on April 26, 2013 in accordance with Local Rule 7-3 (c);

That due to pre-existing depositions scheduled between April 5 and April 19, 2013 it was not practical or possible for counsel for Plaintiff to adequately prepare a response to the Motion for Partial Summary Judgment by April 19, 2013;

That the Parties have agreed in the interests of justice that the time for Plaintiff to Oppose the Motion for Partial Summary Judgment should therefore be extended to April 26, 2013; that the time for moving parties to file their Reply brief should therefore be extended to May 3, 2013; and that the hearing date for said motion shall be continued from May 10, 2013 to May 17, 2013;

As the pleadings are presently constituted, Counterclaimants Lowell Sears and John Kraczkowsky are not Defendants. To avoid unnecessary motion practice and expense to the parties, it is hereby agreed by all parties that Lowell Sears and John Kraczkowsky are deemed Defendants and that the Answer of the Individual Defendants filed April 5, 2013 shall also be deemed the Answer of Lowell Sears and John Kraczkowsky.

IT IS SO STIPULATED.

DATED: April 10, 2013        KAUFMAN DOLOWICH VOLUCK & GONZO LLP


/s/Joseph J. De Hope, Jr.
Joseph J. De Hope, Jr.
Attorneys for Plaintiff Scottsdale Insurance Company

/

/

1 | /
2 | DATED: April 10, 2013             Farella Braun + Martel LLP

/s/John D. Green
_____
John D. Green
Attorneys for Individual Defendants Robert Elson, David Apfelberg, Laureen DeBuono, Thomas Kanar, Dan Grubman, David Barella, Bader Bellashene, Charlotte Copeland, Linda Ruedy, David Goldberg and Madeline Lyell and Attorneys for Counterclaimants Robert Elson, David Apfelberg, Laureen DeBuono, Thomas Kanar, Dan Grubman, David Barella, Bader Bellashene, Charlotte Copeland, Linda Ruedy, David Goldberg, Madeline Lyell, Lowell Sears and John Kraczkowsky

## ORDER

Pursuant to the Stipulation of Counsel, and for good cause shown, it is hereby ORDERED that the time for Plaintiff to Oppose the Motion for Partial Summary Judgment is extended to April 26, 2013; that the time for moving parties to file their Reply brief is extended to May 3, 2013; and the hearing on the Motion for Partial Summary Judgment presently set for May 10, 2013 at 9:00 A.M. is hereby ORDERED continued to ~~May 17, 2013~~ May 24, 2013 at 9:00 A.M. in Department 7; for good cause shown, it is hereby FURTHER ORDERED that the pleadings shall be deemed amended to reflect that Lowell Sears and John Kraczkowsky are Defendants and that the Answer of the Individual Defendants filed April 5, 2013 shall be deemed the Answer of Lowell Sears and John Kraczkowsky.

DATED: April 16, 2013

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

4846-1340-0083, v. 1

---

STIPULATION AND ORDER                                       Page 3
                                                   Case No. CV 12-1780