IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTTSDALE INSURANCE COMPANY,   No. C-12-1780 MMC

    Plaintiff,

  v.

COAPT SYSTEMS, INC., et al.,

    Defendants.
_____/

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In light of defendants' pending motion for summary judgment, the Case Management Conference is hereby CONTINUED from May 10, 2013 to July 19, 2013, at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than July 12, 2013.

**IT IS SO ORDERED.**

Dated: May 8, 2013

MAXINE M. CHESNEY
United States District Judge