IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | No. C-12-1780 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COAPT SYSTEMS, INC., et al., | |
| Defendants. | |

In light of defendants' pending motion for summary judgment, the Case Management Conference is hereby CONTINUED from May 10, 2013 to July 19, 2013, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than July 12, 2013.

**IT IS SO ORDERED.**

Dated: May 8, 2013

MAXINE M. CHESNEY
United States District Judge