**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
ELIZABETH WILLIAMS, ESQ. SBN 92374
ewilliams@kdvglaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:  (415) 926-7600
Facsimile:  (415) 926-7601

**BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC**
ALEXIS J. ROGOSKI, ESQ.
arogoski@bswb.com
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone:     (212) 820-7700
Facsimile:     (212) 820-7740

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>COAPT SYSTEMS, INC., a Delaware Corporation; ROBERT ELSON, DAVID APFELBERG, LAUREEN DEBUONO, THOMAS KANAR, DAN GRUBMAN, DAVID BARELLA, BADER BELLAHSENE, CHARLOTTE COPELAND, LINDA RUEDY, DAVID GOLDBERG, MADELINE LYELL, all Individuals,<br><br>        Defendants. | CASE NO.: 3:12-cv-01780-MMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING HEARING ON INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed: April 10, 2012<br>Trial Date:      None<br>Judge:          Hon. Maxine M. Chesney<br>(Courtroom 7, San Francisco) |

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINING HEARING ON
INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. CV 12 1780

1

STIPULATION

WHEREAS, the hearing on Motion for Partial Summary Judgment filed by Individual Defendants Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Badar Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky ("Individual Defendants") is currently set for hearing on May 24, 2013; and,

WHEREAS, lead counsel, Alexis J. Rogaski, herein, is also lead counsel in a matter entitled *Pharmacy & Healthcare Communications, LLC v. National Casualty Company*, No. MID-L-2811-11, Superior Court of New Jersey, Middlesex County Law Division (the "Pharmacy Times Litigation") which is set for trial on June 17, 2013, in which the Court recently re-set hearings on the parties' cross motions for summary judgment to May 24, 2013.  In light of the pending trial in the Pharmacy Times Litigation, the motions for summary judgment in that matter cannot be continued; and

WHEREAS, due to the calendar conflict of Plaintiff, the parties through their respective counsel, agreed to continue the hearing on Individual Defendants' Motion to this Court's next available date.

The parties are not requesting that any other dates in this matter be extended at this time.

NOW THEREFORE, Plaintiff  Scottsdale Insurance Company and Individual Defendants Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Badar Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky, through their respective counsel, agree to continue the hearing on Individual Defendants' Motion for Partial Summary Judgment from May 24, 2013 to the Court's next available date.

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINING HEARING ON INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. CV 12 1780

DATED:  May 13, 2013          **KAUFMAN DOLOWICH VOLUCK & GONZO LLP**


_/s/ Elizabeth Williams_
Elizabeth Williams
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

DATED:  May 13, 2013          **FARELLA BRAUN & MARTEL LLP**


_/s/John D. Green_
John D. Green
Attorneys for Defendants
COAPT SYSTEMS, INC., ROBERT ELSON, DAVID
APFELBERG, LAUREEN DUBUONO, THOMAS
KANAR, DAN GRUBMAN, DAVID BARELLA, BADER
BELLAHSENE, CHARLOTTE COPELAND, LINDA
RUEDY, DAVID GOLDBERG, MADELINE LYELL, all
Individuals

ORDER

Having considered the stipulation between Plaintiff  Scottsdale Insurance Company and

Individual Defendants, Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David

Goldberg, David Barella, Madeline Lyell, Badar Bellahsene, Dan Grubman, Charlotte Copeland,

Robert Elson, Lowell Sears, and John Kraczkowsky, through their respective counsel, to continue

the hearing on Individual Defendants Motion for Partial Summary Judgment from May 24, 2013

to the Court's next available date, and finding good cause therefore;

IT IS HEREBY ORDERED that the hearing on Individual Defendants Motion for Partial

Summary Judgment shall be continued to and heard on  May 31, 2013                         .

Dated:  May 16, 2013

_Maxine M. Chesney_
Judge Maxine M. Chesney
Judge of the U.S. District Court

4829-2803-5860, v.  1

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINING HEARING ON
INDIVIDUAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. CV 12 1780

3