United States District Court

For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SCOTTSDALE INSURANCE COMPANY,          No. C-12-1780 MMC

11          Plaintiff,                      **ORDER VACATING HEARING ON
                                            DEFENDANTS/COUNTERCLAIMANTS'**
12       v.                                 **MOTION FOR PARTIAL SUMMARY
                                            JUDGMENT**
13   COAPT SYSTEMS, INC., et al.,

14          Defendants.
                                        /
15

16          Before the Court is a Motion for Partial Summary Judgment, filed April 15, 2013, by

17   defendants/counterclaimants Tom Kanar, Linda Ruedy, Laureen DeBuono, David

18   Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan

19   Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky.

20   Plaintiff/counter-defendant Scottsdale Insurance Company has filed opposition, to which

21   defendants/counterclaimants have replied.  Having read and considered the papers filed in

22   support of and in opposition to the motion, the Court deems the matter appropriate for

23   decision on the parties' respective written submissions and hereby VACATES the hearing

24   scheduled for May 31, 2013.

25          **IT IS SO ORDERED.**

26

27   Dated:  May 29, 2013

28                                          MAXINE M. CHESNEY
                                            United States District Judge