IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

    v.

COAPT SYSTEMS, INC., et al.,

    Defendants.

No. C-12-1780 MMC

**ORDER VACATING HEARING ON DEFENDANTS/COUNTERCLAIMANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Before the Court is a Motion for Partial Summary Judgment, filed April 15, 2013, by defendants/counterclaimants Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky. Plaintiff/counter-defendant Scottsdale Insurance Company has filed opposition, to which defendants/counterclaimants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for May 31, 2013.

    **IT IS SO ORDERED.**

Dated: May 29, 2013

                                          MAXINE M. CHESNEY
                                          United States District Judge