James W. Morando (State Bar No. 087896)
JMorando@fbm.com
John D. Green (State Bar No. 121498)
JGreen@fbm.com
Eric C. Tausend (State Bar No. 273024)
ETausend@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants and Counterclaimants
Tom Kanar, Linda Ruedy, Laureen DeBuono, David
Apfelberg, David Goldberg, David Barella,
Madeline Lyell, Bader Bellahsene, Dan Grubman,
Charlotte Copeland, Robert Elson, Lowell Sears, and
John Kraczkowsky

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COAPT SYSTEMS, INC. a Delaware Corporation; ROBERT ELSON, DAVID APFELBERG, LAUREEN DEBUONO, THOMAS KANAR, DAN GRUBMAN, DAVID BARELLA, BADER BELLAHSENE, CHARLOTTE COPELAND, LINDA RUEDY, DAVID GOLDBERG, MADELINE LYELL, all Individuals,<br><br>Defendants. | Case No. CV 12 1780-MMC<br><br>Assigned to: Hon. Maxine M. Chesney<br><br>**JOINT STIPULATION FOR STAY AND [PROPOSED] ORDER**; DIRECTIONS TO PARTIES |
| AND RELATED ACTIONS | |

WHEREAS the Court's ruling of June 18, 2013 directed Plaintiff Scottsdale Insurance Company to comply with its obligation to pay defense costs in accordance with Endorsement No. 20 in the Policy in the underlying lawsuits currently pending in San Diego County Superior

JOINT STIPULATION FOR STAY AND
[PROPOSED] ORDER - 1 -
Case No. CV 12 1780-MMC

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

28686\3804971.3

Court and coordinated under the Judicial Council Coordination Proceeding No. 4655 before the Honorable Timothy Taylor, the statewide coordination judge (the "Underlying Lawsuits");

WHEREAS only issues pertaining to indemnity and bad faith remain to be resolved in this action, which cannot be fully resolved until the Underlying Lawsuits are concluded; and

WHEREAS the parties recognize that if the indemnity and bad faith issues are litigated in this action prior to resolution of the Underlying Lawsuits, there exists the potential for prejudice to the defense of the Defendants in the Underlying Lawsuits (*Montrose Chemical Corp. v. Superior Court*, 6 Cal.4th 287, 301-02 (1993).

NOW THEREFORE, Plaintiff Scottsdale Insurance Company and Defendants and Counterclaimants Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky, hereby stipulate and agree through their respective counsel of record as follows:

1. This insurance coverage litigation, captioned *Scottsdale Insurance Co. v. Coapt Systems, Inc. et al*, Case No. CV 12 1780-MMC, is stayed as to issues of indemnity and bad faith pending the resolution of all of the Underlying Lawsuits;

2. All pretrial deadlines are vacated;

3. The parties will appear at any further status conferences as ordered by the Court.

SO STIPULATED.

Dated: August 28, 2013                         FARELLA BRAUN + MARTEL LLP


                                               By: /s/ John D. Green
                                                   John D. Green

                                               Attorneys for Defendants and
                                               Counterclaimants
                                               Tom Kanar, Linda Ruedy, Laureen
                                               DeBuono, David Apfelberg, David
                                               Goldberg, David Barella, Madeline Lyell,
                                               Bader Bellahsene, Dan Grubman, Charlotte
                                               Copeland, Robert Elson, Lowell Sears, and
                                               John Kraczkowsky.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION FOR STAY AND [PROPOSED] ORDER
Case No. CV 12 1780-MMC

2

28686\3804971.3

1  Dated: August 28, 2013

KAUFMAN DOLOWICH VOLUCK &
GONZO LLP

By:   /s/ Elizabeth Williams
      Elizabeth Williams

Attorneys for Plaintiff
Scottsdale Insurance Company

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIPULATION FOR STAY AND
[PROPOSED] ORDER
Case No. CV 12 1780-MMC

3

28686\3804971.3

[~~PROPOSED~~] ORDER

Having considered the stipulation between Plaintiff Scottsdale Insurance Company and Defendants and Counterclaimants Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky, through their respective counsel, to stay this action pending the resolution of all of the underlying lawsuits currently pending in San Diego County Superior Court and coordinated under the Judicial Council Coordination Proceeding No. 4655 before the Honorable Timothy Taylor ("Underlying Lawsuits"), and finding good cause therefore;

IT IS HEREBY ORDERED that:

1. This insurance coverage litigation, captioned *Scottsdale Insurance Co. v. Coapt Systems, Inc. et al*, Case No. CV 12 1780-MMC, is stayed as to issues of indemnity and bad faith pending the resolution of all of the Underlying Lawsuits;

2. All pretrial deadlines are vacated;

3. The parties will appear at any further status conferences as ordered by the Court.

4. The parties are directed to file, no later than December 13, 2013, a Joint Status Report, apprising the Court as to the status of the Underlying Lawsuits.

DATED: August 30, 2013

_____
The Honorable Maxine M. Chesney
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIPULATION FOR STAY AND
[PROPOSED] ORDER
Case No. CV 12 1780-MMC

4

28686\3804971.3