James W. Morando (State Bar No. 087896)
JMorando@fbm.com
John D. Green (State Bar No. 121498)
JGreen@fbm.com
Eric C. Tausend (State Bar No. 273024)
ETausend@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants and Counterclaimants
Tom Kanar, Linda Ruedy, Laureen DeBuono, David
Apfelberg, David Goldberg, David Barella,
Madeline Lyell, Bader Bellahsene, Dan Grubman,
Charlotte Copeland, Robert Elson, Lowell Sears, and
John Kraczkowsky

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COAPT SYSTEMS, INC. a Delaware Corporation; ROBERT ELSON, DAVID APFELBERG, LAUREEN DEBUONO, THOMAS KANAR, DAN GRUBMAN, DAVID BARELLA, BADER BELLAHSENE, CHARLOTTE COPELAND, LINDA RUEDY, DAVID GOLDBERG, MADELINE LYELL, LOWELL SEARS, and JOHN KRACZKOWSKY, all Individuals,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. CV 12 1780-MMC<br><br>Assigned to: Hon. Maxine M. Chesney<br><br>**JOINT STATUS REPORT**<br><br>AND ORDER THEREON |

Pursuant to the this Court's August 30, 2013 order, Plaintiff, Scottsdale Insurance Company ("Scottsdale"), and defendants and counterclaimants Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader

Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky ("Individual Insureds"), after having met and conferred, submit the following Joint Status Report apprising the Court of the status of the underlying lawsuits currently pending in San Diego County Superior Court and coordinated under the Judicial Council Coordination Proceeding No. 4655 before the Honorable Timothy Taylor, the statewide coordination judge (the "Underlying Lawsuits").

Since last appearing before the Court, some of the Underlying Lawsuits have been successfully resolved; however, attempts to date to resolve the remaining Underlying Lawsuits have been unsuccessful and these lawsuits remain in active litigation. As such, Scottsdale and the Individual Insureds believe that the stay ordered by this Court on August 30, 2013 should remain in place until all of the Underlying Lawsuits have been resolved, and propose that a further Joint Status Report be filed on May 13, 2014.

Dated: December 13, 2013

BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC

By: ___/s/ Alexis J. Rogoski___
Alexis J. Rogoski

Attorneys for Plaintiff
Scottsdale Insurance Company

KAUFMAN DOLOWICH VOLUCK

By: ___/s/ Elizabeth Williams___
Elizabeth Williams

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STATUS REPORT CV 12 1780-MMC    2

28686\3993068.1

Dated: December 13, 2013

FARELLA BRAUN + MARTEL LLP

By: /s/ John D. Green
John D. Green

Attorneys for Defendants and Counterclaimants
Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky.

Dated: December 23, 2013

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA