KAUFMAN DOLOWICH & VOLUCK, LLP
Elizabeth Williams, Esq.
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone:  (415) 926-7600
Facsimile:  (415) 926-7601

Attorneys for Plaintiff and Counterdefendant
Scottsdale Insurance Company

John D. Green (State Bar No. 121498)
JGreen@fbm.com
Eric C. Tausend (State Bar No. 273024)
ETausend@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants and Counterclaimants
Tom Kanar, Linda Ruedy, Laureen DeBuono,
David Apfelberg, David Goldberg, David Barella,
Madeline Lyell, Bader Bellahsene, Dan Grubman,
Charlotte Copeland, Robert Elson, Lowell Sears,
and John Kraczkowsky

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COAPT SYSTEMS, INC. a Delaware Corporation; ROBERT ELSON, DAVID APFELBERG, LAUREEN DEBUONO, THOMAS KANAR, DAN GRUBMAN, DAVID BARELLA, BADER BELLAHSENE, CHARLOTTE COPELAND, LINDA RUEDY, DAVID GOLDBERG, MADELINE LYELL, LOWELL SEARS, and JOHN KRACZKOWSKY, all Individuals,<br><br>Defendants. | Case No. CV 12 1780-MMC<br><br>Assigned to: Hon. Maxine M. Chesney<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER RE:  DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND (PROPOSED) ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE / CV 12 1780

- 1 -

28686\4352698.1

AND RELATED ACTIONS

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all parties that have been named and appeared as follows:

That the complaint of plaintiff Scottsdale Insurance Company and all counterclaims of defendants and counterclaimants Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice, with all parties bearing their own attorneys' fees and costs.

Dated: May 5, 2014                              KAUFMAN DOLOWICH & VOLUCK, LLP


By: /s/
   Elizabeth Williams, Esq.

425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 926-7639
Email:  ewilliams@kdvlaw.com

*Attorneys for Plaintiff and Counterdefendant Scottsdale Insurance Company*

Dated: May 5, 2014                              FARELLA BRAUN & MARTEL


By: /s/
   John D. Green, Esq.

235 Montgomery Street, 30th Floor
San Francisco, CA  94104
Telephone: (415) 954-4400
Email:  jgreen@fbm.com

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND (PROPOSED) ORDER
RE: DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE / CV 12 1780                                    2                                    28686\4352698.1

|   |   |
|---|---|
| 1 | *Attorneys for Defendants and Counterclaimants* |
| 2 | *Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky.* |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND (PROPOSED) ORDER
RE: DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE / CV 12 1780

3

28686\4352698.1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the complaint of plaintiff Scottsdale Insurance Company and all counterclaims of defendants and counterclaimants Tom Kanar, Linda Ruedy, Laureen DeBuono, David Apfelberg, David Goldberg, David Barella, Madeline Lyell, Bader Bellahsene, Dan Grubman, Charlotte Copeland, Robert Elson, Lowell Sears, and John Kraczkowsky are dismissed with prejudice with all parties bearing their own attorneys' fees and costs.

DATED: May 7, 2014

_____
Hon. Maxine M. Chesney
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND (PROPOSED) ORDER
RE: DISMISSAL OF ENTIRE ACTION WITH
PREJUDICE / CV 12 1780

4

28686\4352698.1